**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7628

BARRY NEIL HOUCHENS,

Plaintiff - Appellant,

versus

SERGEANT HUDDLESTON; GERALD K. WASHINGTON;
SERGEANT CATRONE,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, Senior District
Judge.  (CA-05-246-7)

Submitted:  April 7, 2006                Decided:  April 26, 2006

Before LUTTIG, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Barry Neil Houchens, Appellant Pro Se.  Mark Ralph Davis, OFFICE OF
THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Barry Neil Houchens appeals the district court's order granting Defendants' motion for summary judgment in his action under 42 U.S.C. § 1983 (2000).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Houchens v. Huddleston, No. CA-05-246-7 (W.D. Va. Oct. 4, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED